# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

TERRY FLANAGAN

NO. 2025 KW 1134

**MARCH 23, 2026**

---

In Re:   Terry Flanagan, applying for supervisory writs, 19th
         Judicial District Court, Parish of East Baton Rouge, No.
         12-17-0511.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.** Relator does not have an appeal pending in this
court in this case. This application appears to be a request for
postconviction relief filed with this court in the first instance.
Relator has not demonstrated that he sought relief in the district
court below before filing in this court nor shown any extraordinary
circumstances that would justify bypassing the district court.
See La. Code Crim. P. arts. 924(1) & 926(A).

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT